H. J. TWINTING, APPELLEE, V. J. B. FINLAY, TRUSTEE, ET AL., APPELLANTS.

FILED MAY 19, 1898.  No. 8063.

1. **Payment of Taxes: EVIDENCE.** Evidence *held* insufficient to establish the defense of payment.

2. **Taxes: OATH OF ASSESSOR.** The failure of an assessor to attach his oath to, and return the same with, the assessment roll are irregularities merely which do not affect the validity of the tax.

APPEAL from the district court of Douglas county. Heard below before AMBROSE, J. *Affirmed.*

*John T. Cathers,* for appellants.

*William A. Saunders* and *Saunders, Macfarland & Dickey,* contra.

NORVAL, J.

This was an action to foreclose a tax deed, and from a decree in favor of the plaintiff the defendants have prosecuted an appeal.

It is insisted that the defendants had paid the taxes to the county treasurer, for which the real estate was sold, prior to the date of such sale. A careful perusal and consideration of the evidence adduced on the trial convinces us that the defendants paid no portion of the taxes included in the decree.

It is finally argued that the taxes are invalid because the assessor failed to attach his oath to the assessment roll for the year 1890. At the time of the trial in the court below it does appear that no oath of the assessor

was attached to the assessment book, nor was such oath to be found in the office of the county clerk of Douglas county. It is not alleged in the answer, nor was it proven upon the trial, that the assessor did not make oath to his return at the time he deposited the same with the county clerk. The mere failure to attach the assessor's oath to the assessment roll did not invalidate the tax based upon such assessment. The omission was an irregularity merely. (*Wood v. Helmer*, 10 Neb. 65; *South Platte Land Co. v. City of Crete*, 11 Neb. 344; *Hallo v. Helmer*, 12 Neb. 87; *McClure v. Warner*, 16 Neb. 447; *Merriam v. Dovey*, 25 Neb. 618; *Roads v. Estabrook*, 35 Neb. 297; *Johnson v. Finley*, 54 Neb. 733.) These cases are decisive of the question. The decree is right, and is

AFFIRMED.